# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

3/9/11

# 7926
#5.11
3/9

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: BIRD, SUSAN / Case # 09-22444
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.11. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

■ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Choo J Yeon M.D. P.C.    Amount $ 2.47    Claim Register # 2

Claimant GE Money Bank dba DILLARD'S    Amount $ 2.64    Claim Register # 6

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building
Two State Street
Rochester, NY 14614·1397
585 232 3730
FAX 585 232 3882
www.cdog.com
CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

FILED 2011 MAR -9 PM 3:56 U.S. BANKRUPTCY COURT WDNY - ROCHESTER